UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBRA A. BARNARD,

        Plaintiff,

v.

BANK OF AMERICA N.A. d/b/a U.S. TRUST BANK OF AMERICA PRIVATE WEALTH MANAGEMENT, FRANCES BARRETT and MARK PALUZZI,

        Defendants.

Civil Action No.: 1:12-cv-11225

## RULE 7.1 STATEMENT BY DEFENDANT BANK OF AMERICA, N.A.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bank of America, N.A., incorrectly named as "Bank of America N.A. d/b/a U.S. Trust Bank of America Private Wealth Management", states as follows: Bank of America, N.A. is a national banking association and is wholly owned by BANA Holding Corporation, which is wholly owned by BAC North America Holding Company, which is wholly owned by NB Holdings Corporation, which is wholly owned by Bank of America Corporation. Bank of America Corporation is a publicly traded corporation whose shares are traded on the New York Stock Exchange and the Pacific Stock Exchange under the symbol BAC. Bank of America Corporation has no parent corporation and no other publicly held corporation owns, directly or indirectly, 10% of Bank of America Corporation's stock.

America 17018012.1

Respectfully submitted,

DEFENDANT
BANK OF AMERICA, N.A.,

By Its Attorneys,


/s/ Stephanie A. Bruce
Alice A. Kokodis, Esq. (BBO# 631401)
akokodis@edwardswildman.com
Stephanie A. Bruce, Esq. (BBO# 657370)
sbruce@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone (617) 239-0100
Fax (617) 227-4200

**DATED:** July 9, 2012


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 9, 2012.

/s/ Stephanie A. Bruce
Stephanie A. Bruce

America 17018012.1